**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-36305-SPS |
| | § | |
| LALJI CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/16/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/24/2011          By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 09-36305-SPS
  §
LALJI CORPORATION  §
  §
  §
  §
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $11,467.82
*and approved disbursements of*  $0.00
*leaving a balance on hand of[1]:*  $11,467.82

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $11,467.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,896.73 | $0.00 | $1,896.73 |
| David P. Leibowitz, Trustee Expenses | $65.48 | $0.00 | $65.48 |

Total to be paid for chapter 7 administrative expenses:  $1,962.21
Remaining balance:  $9,505.61

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $9,505.61 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $9,505.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $68,904.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Affiliated Realty and Management Company | $46,792.74 | $0.00 | $6,455.24 |
| 2 | Banco Popular North America | $22,111.57 | $0.00 | $3,050.37 |

|  | Total to be paid to timely general unsecured claims: | $9,505.61 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (10/1/2010)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt                Page 1 of 1                  Date Rcvd: Jan 25, 2011
Case: 09-36305                Form ID: pdf006              Total Noticed: 17

The following entities were noticed by first class mail on Jan 27, 2011.
db           +Lalji Corporation,    6440 North Hamlin,    Lincolnwood, IL 60712-4042
aty           Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL  60085-4216
aty          +John Eggum,    LakeLaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
aty          +Jonathan T Brand,    Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14516256     +Affiliated Realtor,    c/o Goldstine Skrodzki Russin,    835 McClintock Dr.,
               Hinsdale, IL 60527-0859
14990132      Affiliated Realty and Management Company,    c/o: Brian Dougherty,    H35 Mclintok Dr 2nd FL,
               Burr Ridge, IL 60527
14516257      Banco Popular North America,    4000 W. North Avenue,    Bellwood, IL 60104
14516258     +Biren Shah,    6440 N. Hamlin,    Lincolnwood, IL 60712-4042
14516259     +Donald F. Spak,    180 N. LaSalle, Suite 2510,    Chicago, IL 60601-2705
14516260     +Eric Rein,    Dykema Gossett PLLC,    10 S. Wacker Drive, Suite 2300,    Chicago, IL 60606-7439
14516261     +Haresh Patel,    6440 N. Hamlin,    Lincolnwood, IL 60712-4042
14516262     +Haresh Shah,    6440 North Hamlin,    Lincolnwood, IL 60712-4042
14516263     +Paresh Jani,    6440 N. Hamlin,    Lincolnwood, IL 60712-4042
14516264     +Post Construction,    c/o Huff & Gaines,    10 S. LaSalle Street, Suite 3500,
               Chicago, IL 60603-1025
14516265     +Triangle Dies & Supplies, Inc.,    c/o Hebert Steinmetz and Ralph Lowe,
               407 W. Galena Blvd., P.O. Box 1625,    Aurora, IL 60507-1625
The following entities were noticed by electronic transmission on Jan 25, 2011.
aty          +E-mail/Text: mrstein@arnstein.com                           Miriam R. Stein,    Arnstein & Lehr LLP,
               120 South Riverside Plaza,    Suite 1200,    Chicago, IL 60606-3910
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2011**               **Signature:** *Joseph Speetjens*