UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-36305-SPS |
| | § | |
| LALJI CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,000.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,506.43 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,962.21 | | |

3) Total gross receipts of $11,468.64 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $11,468.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,962.21 | $1,962.21 | $1,962.21 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $612,936.44 | $68,904.31 | $68,904.31 | $9,506.43 |
| **Total Disbursements** | $612,936.44 | $70,866.52 | $70,866.52 | $11,468.64 |

4). This case was originally filed under chapter 7 on 09/30/2009. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2011    By: /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Escrow account established at sale of assets of | 1129-000 | $11,465.00 |
| Interest Earned | 1270-000 | $3.64 |
| **TOTAL GROSS RECEIPTS** | | **$11,468.64** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,896.73 | $1,896.73 | $1,896.73 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $65.48 | $65.48 | $65.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,962.21 | $1,962.21 | $1,962.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Affiliated Realty and Management Company | 7100-000 | $50,974.60 | $46,792.74 | $46,792.74 | $6,455.79 |
| 2 | Banco Popular North America | 7100-000 | $0.00 | $22,111.57 | $22,111.57 | $3,050.64 |
| | Biren Shah | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| | Haresh Shah | 7100-000 | $60,000.00 | NA | NA | $0.00 |
| | Paresh Jani | 7100-000 | $55,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

|  | | | | | |
|---|---|---|---|---|---|
| Post Construction | 7100-000 | $21,961.84 | NA | NA | $0.00 |
| Triangle Dies & Supplies, Inc. | 7100-000 | $400,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $612,936.44 | $68,904.31 | $68,904.31 | $9,506.43 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 09-36305-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | Lalji Corporation | Date Filed (f) or Converted (c): | 09/30/2009 (f) |
| For the Period Ending: | 8/17/2011 | §341(a) Meeting Date: | 11/04/2009 |
| | | Claims Bar Date: | 04/13/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Escrow account established at sale of assets of | $10,000.00 | $10,000.00 | DA | $11,465.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | | $3.64 | FA |

**TOTALS (Excluding unknown value)**                                                                **Gross Value of Remaining Assets**

                             $10,000.00           $10,000.00                                              $11,468.64            $0.00

**Major Activities affecting case closing:**

to send Demand Letter for escrow money

TFR Completed to Trustee's review and approval.

Prepared Check the Bankruptcy Clerk per check not cleared within 90 days from issuance

TDR completed and sent to Tom for review and approval.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-36305-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | Lalji Corporation | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3634 | | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/17/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/13/2011 | | Sterling Bank | Incoming funds per Stopped payment on distribution check not cleared over 90 days. | 9999-000 | $3,050.64 | | $3,050.64 |
| 07/13/2011 | 2001 | Office of the Clerk United States Bankruptcy Court | Claim #: 2; Amount Claimed: 22,111.57; Amount Allowed: 22,111.57; Distribution Dividend: 13.80; | 7100-000 | | $3,050.64 | $0.00 |
| | | | **TOTALS:** | | $3,050.64 | $3,050.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,050.64 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,050.64 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,050.64 | |

**For the period of 9/30/2009 to 8/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,050.64 |
| | |
| Total Compensable Disbursements: | $3,050.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,050.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/11/2011 to 8/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,050.64 |
| | |
| Total Compensable Disbursements: | $3,050.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,050.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-36305-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | Lalji Corporation | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******3634 | **Checking Acct #:** ******6305 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/30/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/17/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/21/2011 | | Transfer From: #******6305 | | 9999-000 | $11,468.64 | | $11,468.64 |
| 02/21/2011 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $65.48 | $11,403.16 |
| 02/21/2011 | 1002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,896.73 | $9,506.43 |
| 02/21/2011 | 1003 | Affiliated Realty and Management Company | Claim #: 1; Amount Claimed: 46,792.74; Amount Allowed: 46,792.74; Distribution Dividend: 13.80; | 7100-000 | | $6,455.79 | $3,050.64 |
| 02/21/2011 | 1004 | Banco Popular North America | Claim #: 2; Amount Claimed: 22,111.57; Amount Allowed: 22,111.57; Distribution Dividend: 13.80; | 7100-000 | | $3,050.64 | $0.00 |
| 07/07/2011 | 1004 | STOP PAYMENT: Banco Popular North America | Claim #: 2; Amount Claimed: 22,111.57; Amount Allowed: 22,111.57; Distribution Dividend: 13.80; | 7100-004 | | ($3,050.64) | $3,050.64 |
| 08/16/2011 | | Grreen Bank | Wire out for Stop Payment on Check 1004 | 9999-000 | | $3,050.64 | $0.00 |
| | | | **TOTALS:** | | $11,468.64 | $11,468.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $11,468.64 | $3,050.64 | |
| | | | **Subtotal** | | $0.00 | $8,418.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $8,418.00 | |

| For the period of 9/30/2009 to 8/17/2011 | | For the entire history of the account between 02/21/2011 to 8/17/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,468.64 | Total Internal/Transfer Receipts: | $11,468.64 |
| | | | |
| Total Compensable Disbursements: | $8,418.00 | Total Compensable Disbursements: | $8,418.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,418.00 | Total Comp/Non Comp Disbursements: | $8,418.00 |
| Total Internal/Transfer Disbursements: | $3,050.64 | Total Internal/Transfer Disbursements: | $3,050.64 |

Page No: 3
Case 09-36305    Doc 33    Filed 08/17/11    Entered 08/17/11 16:25:02    Desc Main
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 8 of 9

| | | |
|---|---|---|
| **Case No.** | 09-36305-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | Lalji Corporation | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******3634 | **Money Market Acct #:** ******6305 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/30/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/17/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/01/2010 | (1) | Robert C. Samko | Principal and interest in escrow account | 1129-000 | $11,465.00 | | $11,465.00 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.41 | | $11,465.41 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.49 | | $11,465.90 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.47 | | $11,466.37 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.49 | | $11,466.86 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.47 | | $11,467.33 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.49 | | $11,467.82 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.49 | | $11,468.31 |
| 02/21/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 2/21/2011 | 1270-000 | $0.33 | | $11,468.64 |
| 02/21/2011 | | Transfer To: #******6305 | | 9999-000 | | $11,468.64 | $0.00 |
| | | | **TOTALS:** | | $11,468.64 | $11,468.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $11,468.64 | |
| | | | **Subtotal** | | $11,468.64 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $11,468.64 | $0.00 | |

| For the period of 9/30/2009 to 8/17/2011 | | For the entire history of the account between 07/01/2010 to 8/17/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,468.64 | Total Compensable Receipts: | $11,468.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,468.64 | Total Comp/Non Comp Receipts: | $11,468.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $11,468.64 | Total Internal/Transfer Disbursements: | $11,468.64 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 09-36305-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | Lalji Corporation | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******3634 | **Money Market Acct #:** | ******6305 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 9/30/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/17/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,468.64 | $11,468.64 | $0.00 |

**For the period of 9/30/2009 to 8/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $11,468.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,468.64 |
| Total Internal/Transfer Receipts: | $14,519.28 |
| | |
| Total Compensable Disbursements: | $11,468.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,468.64 |
| Total Internal/Transfer Disbursements: | $14,519.28 |

**For the entire history of the case between 09/30/2009 to 8/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $11,468.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,468.64 |
| Total Internal/Transfer Receipts: | $14,519.28 |
| | |
| Total Compensable Disbursements: | $11,468.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,468.64 |
| Total Internal/Transfer Disbursements: | $14,519.28 |